# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LENNETTE GOODMAN,<br><br>Plaintiff,<br><br>v.<br><br>BARNABAS BEHAVIORAL HEALTH/MONMOUTH MEDICAL SOUTHERN CAMPUS,<br><br>Defendants. | Civil Action No.: 16-cv-09442 (PGS)<br><br>ORDER |

A Report and Recommendation was filed on August 18, 2017 by Magistrate Judge Bongiovanni recommending that this Court grant Plaintiff Lennette Goodman's ("Plaintiff") informal request to dismiss the complaint coupled with her failure to prosecute her case.

The parties were given notice that they had fourteen days from receipt thereof to file and serve objections pursuant to Local Civil Rule 72.1(c)(2). No objections having been received, and the Court having reviewed the Report and Recommendation de novo, and good cause appearing ;

It is, on this 19th day of September, 2017;

ORDERED that the Report and Recommendation of Magistrate Judge Tonianne J. Bongiovanni at docket entry 18 is hereby adopted as the opinion of the Court; and it is further

ORDERED that Plaintiff's Complaint is dismissed with prejudice.

PETER G. SHERIDAN, U.S.D.J.